COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-12-00245-CR |
| State, | § | Appeal from the |
| v. | § | 210th District Court |
| DAVID BARRON, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20120D01101) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time to file the brief until **August 14, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. M. Clara Hernandez, the Appellee's Attorney, prepare the Appellee's brief and forward the same to this Court on or before **August 14, 2013.**

IT IS SO ORDERED this 10th day of July, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.